Stephen W. CARLSON, Appellant,

v.

AMERIPRISE FINANCIAL, Formerly doing business as American Express Financial Advisors, Defendant,

American Express; Minnesota Department of Human Rights, Appellees,

Kelly Services, Defendant.

No. 09–3552.

United States Court of Appeals, Eighth Circuit.

Submitted: July 30, 2010.

Filed: Feb. 14, 2011.

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

During the pendency of this appeal from the district court's[1] judgment dismissing Stephen Carlson's complaint and imposing sanctions against him, Carlson reached a settlement with all but one of the appellees, and those appellees have been dismissed. Because Carlson has not challenged in his appellate brief the district court's dismissal of his action against the only remaining appellee, the Minnesota Department of Human Rights, *see Griffith v. City of Des Moines,* 387 F.3d 733, 739 (8th Cir.2004) (issues not briefed are deemed abandoned), we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.